# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY BRYANT, | : | No. 15 EAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated March 4, |
| v. | : | 2020, at No. 191 MD 2020. |
| | : | |
| BARRY SMITH, SUPERINTENDENT | : | |
| AND, C. WALSTROM, RECORD ROOM | : | |
| SUPERVISOR, OF THE STATE | : | |
| CORRECTIONAL INSTITUTION AT | : | |
| HOUTZDALE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                    **DECIDED: August 13, 2020**

**AND NOW,** this 13th day of August, 2020, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court.").